IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH R. WATTS, JR.,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2281

Opinion filed November 4, 2016.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Joseph R. Watts, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of May 19, 2016, the Court has determined that the appeal is untimely. See Joseph v. State, 157 So. 3d 546, 548 (Fla. 1st DCA 2015). Accordingly, the appeal is DISMISSED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.